**Order entered August 10, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00154-CV

**FELTON LOVE AND BRIGHT IDEAL CONSTRUCTION CO., Appellant**

**V.**

**CHICAGO TITLE INSURANCE CO., ET AL., Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-13809**

## ORDER

We **GRANT** appellees' August 5, 2015 unopposed second motion for an extension of time to file a brief. Appellees shall file a brief by **SEPTEMBER 8, 2015**. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/ ELIZABETH LANG-MIERS
JUSTICE